JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OLIVAS and TANNER YOUNG, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>VCI CONSTRUCTION, LLC an unknown entity; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 5:20-cv-00171-RGK-KK<br><br>Honorable R. Gary Klausner<br>Courtroom 850<br><br>**[~~PROPOSED~~] ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: January 5, 2018<br>Case Removed:  January 24, 2020<br>Trial Date:        None Set |

[PROPOSED] ORDER GRANTING DISMISSAL
5:20-cv-00171-RGK-KK

# [PROPOSED] ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: February 28, 2020

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE